IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT KETCHIKAN

CHELSEA CROWL,                       )
                                     )
            Plaintiff,               )
                                     )
v.                                   )
                                     )
PEACEHEALTH, WANDRA MILES,           )
JANE DOE, and JOHN DOE,              )
                                     )
            Defendants.              )   Case No. 1KE-17-233 CI
_____ )

**NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on September 11, 2017, Defendant PeaceHealth, named as a Defendant in the complaint in this action, filed in the United States District Court for the District of Alaska, at Anchorage, Alaska its notice of removal from state court. A copy of that notice being filed concurrently in the United States District for the District of Alaska is attached hereto.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of said notice of removal in the United States District Court, together with a filing of a copy of said notice with this court, effects the removal of this action and the above captioned court may proceed no further, unless and until the case is remanded.

/

/

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

EXHIBIT A
Page 1 of 2

*Crowl v. PeaceHealth, et al.*                                  Case No. 1KE-17-233 CI
NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL             Page 1 of 2

DATED this 11th day of September, 2017, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant PeaceHealth

_____
Donna M. Meyers    9006011

**CERTIFICATE OF SERVICE**

This certifies that I am an authorized agent of Delaney Wiles, Inc., for service of papers pursuant to Civil Rule 5, and that on this 11th day of September, 2017, a copy of the foregoing document was served by mail and email upon:

David W. Rosendin
Law Offices of David W. Rosendin
1289 Tongass Ave.
Ketchikan, AK 99901
davidrosendin@yahoo.com

Chester D. Gilmore
Cashion Gilmore LLC
1007 W. 3rd Ave., Ste. 301
Anchorage, AK 99501
chester@cashiongilmore.com

_____
Dru Lippert
4841-7552-6223, v. 1

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

EXHIBIT A
Page 2 of 2

*Crowl v. PeaceHealth, et al.*  Case No. 1KE-17-233 CI
NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL    Page 2 of 2
Case 5:17-cv-00005-JWS   Document 1-1   Filed 09/11/17   Page 2 of 2