David W. Rosendin
LAWYER
1289 Tongass Avenue
Ketchikan, Alaska 99901
davidrosendin@yahoo.com
(907) 225-8989
Attorney for Plaintiff

email filed 8/8/17

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FIRST JUDICIAL DISTRICT AT KETCHIKAN

CHELSEA CROWL, )
)
    Plaintiff, )
)
v. )
)
PeaceHealth, WANDRA )
MILES, JANE DOE and JOHN )
DOE, )
)
    Defendants. )
_____ )  Case No. 1KE-17-233 CI

FIRST AMENDED COMPLAINT

    COMES NOW the plaintiff, through counsel, and for causes of action against the defendants complain and allege the following:

1. That plaintiff is now a resident of the state of Oregon, but in 2001 she had been a lifelong resident of this Judicial District.

2. That defendant Peacehealth is a state of Washington entity that does business in Ketchikan, Alaska as PeaceHealth Ketchikan Medical Center.

3. That on or about June 2001 plaintiff, for the purpose of relieving chronic back pain, underwent breast

reduction surgery at defendant PeaceHealth's Ketchikan, Alaska hospital.

4. That the surgery was conducted by defendant Miles, who is a medical doctor specializing in plastic surgery, and her assistants the Does.

5. That the defendants had complete control to the exclusion of plaintiff of the conduction of the surgery they performed on plaintiff.

6. That soon following the surgery plaintiff became aware that there were problems with the surgery in that she suffered a massive infection requiring multiple visits to the emergency room, pain medications, and the administration of IV antibiotics for over a week.

7. Three years after the surgery plaintiff required liposuction to correct disfigurement resulting from the original surgery.

8. That on February 1, 2017 plaintiff noticed a sore, itchy spot near the scar of her original surgery and as she scratched it a piece of fabric showed, she pulled on it revealing what seemed to be a deep pocket housing an endless stuffing of gauze. The more she pulled on the gauze the thicker it became. She received medical attention.

9. That by the second week of February, plaintiff was experiencing 10 open sores about her left breast, each producing gauze.
10. That soon after that plaintiff began experiencing similar sores on her right breast yielding gauze.
11. That the gauze was left inside plaintiff's chest during the June 2001 surgery, and would not have been left inside her but/for defendants' negligence.
12. That plaintiff's physician Janelle Yutzie, MD, on May 11, 2017 requested pertinent medical records from defendant PeaceHealth to no avail.
13. That Dr. Yutzie informed defendant that without the records there was really nothing she could do for plaintiff, and plaintiff last saw Dr. Yutzie on May 10, 2017.
14. That plaintiff continues to visit various doctors to no avail except for prescriptions for antibiotics, and she continues to experience severe pain, mild fevers, open sores, and resultant anxiety.

WHEREFORE, plaintiff prays for the following relief:

1. For an order to defendant PeaceHealth to produce copies of all of the records of plaintiff's June 2001 surgery.

2. For damages for medical costs incurred and expected to be incurred on account of the botched June 2001 surgery.

3. For damages on account of plaintiff's loss of the ability to maintain employment.

4. For damages for pain, suffering and distress plaintiff is undergoing and is expected to undergo on account of the June 2001 surgery,

5. For costs, prejudgment interest, attorney's fees and

6. For any and all other relief that is just and equitable in the premises.

Respectfully submitted this 8th day of August, 2017 at Ketchikan, Alaska.

David W. Rosendin
Attorney for Plaintiff
Bar No. 8211144